**Petition for Writ of Mandamus Dismissed and Memorandum Opinion filed July 18, 2023.**



In The

# Fourteenth Court of Appeals

---

## NO. 14-23-00374-CV

---

## IN RE RONALD SCOTT CATT, Relator

---

**ORIGINAL PROCEEDING**
**WRIT OF MANDAMUS**
**268th District Court**
**Fort Bend County, Texas**
**Trial Court Cause No. 22-DCV-290442**

---

## MEMORANDUM OPINION

On May 25, 2023, relator Ronald Scott Catt filed a petition for writ of mandamus in this Court. *See* Tex. Gov't Code Ann. § 22.221; *see also* Tex. R. App. P. 52. In the petition, relator asks this Court to compel the Honorable Steve Rogers, presiding judge of the 268th District Court of Fort Bend County, to comply with an abatement order issued by this Court in relator's direct appeal,

requesting that respondent clarify whether the order signed on September 20, 2022 was a final judgment.[1]

On July 3, 2023, the District Clerk's Office filed a fourth supplemental clerk's record in the direct appeal pending before this Court. The fourth supplemental clerk's record contains a docket page with orders from respondent that provides as follows:

> 07/03/2023 This is a Final Order. SR
> 07/03/2023 The Order dated 9/20/22 signed by Judge O'Neil Williams is the Final Order in the Case. SR

Because respondent complied on July 3, 2023, with this Court's abatement order, the relief requested in relator's petition for writ of mandamus is moot. Accordingly, we dismiss relator's petition for writ of mandamus.

PER CURIAM

Panel consists of Justices Spain, Poissant, and Wilson.

---

[1] Relator filed a direct appeal, which is pending before this Court in *Ronald Scott Catt v. Brian Middleton*, No. 14-22-00881-CV. The September 20, 2022 order in the underlying case was signed by the Honorable O'Neil Williams, the former trial judge of the 268th Judicial District Court of Fort Bend County.